IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 11-03035-01-CR-S-DGK |
| HERTIN JIBAS, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

After the Defendant was evaluated by Dr. Kent W. Franks and a report was filed, the United States filed a motion for competency evaluation, which was granted on July 28, 2011. Defendant was then examined by Dr. Christina A. Pietz, and after her report was prepared, a second report was submitted by Dr. Franks. On December 7, 2011, United States Magistrate Judge James C. England held a competency hearing in which testimony was received from Dr. Franks and Dr. Pietz. On February 10, 2012, Judge England entered a Report and Recommendation, recommending that Defendant be declared competent to stand trial. Defendant filed objections to the report and recommendation on February 28, 2012. After making an independent review of the record and applicable law, it is

ORDERED that the Report and Recommendation of Magistrate Judge England is adopted in its entirety. This Court finds that Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to stand trial.

                                                         /s/ Greg Kays
                                                        GREG KAYS
                                                        United States District Judge

Kansas City, Missouri
March 12, 2012